| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, California  94111-4067 |
| 4 | Telephone:  (415) 393-2000 |
| 5 | Attorneys for Defendant |
| | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RUSH, on behalf of himself and all others similarly situated, | No. C-05-3277 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |
| v. | |
| INTEL CORPORATION, a Delaware Corporation, | |
| Defendant. | |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Plaintiff Edward Rush and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint be extended 30 days, up to and including October 12, 2005.

This is the first stipulation between the parties.  Because this litigation has just begun, granting such a stipulation will not have any negative impact on the schedule of this case.

///

///

///

1   DATED: September 12, 2005

2
                                    BINGHAM McCUTCHEN LLP
3

4

5                                   By:         */s/ Joy K. Fuyuno*
                                              Joy K. Fuyuno
6                                          Attorneys for Defendant
                                              Intel Corporation
7

8   DATED: September 12, 2005

9
                                    DRUMMOND & ASSOCIATES
10

11

12                                  By:      */s/ Donald F. Drummond*
                                           Donald F. Drummond
13                                         Attorneys for Plaintiff
                                                Edward Rush
14

15

16

17

18

19

20

21

22

23

24

25

26

1  **[Proposed] Order to Extend Response Time**

2   IT IS HEREBY ORDERED that Defendant Intel Corporation shall have up to and including October 12, 2005 to respond to Plaintiff Edward Rush's complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September  13 , 2005

_____
United States ~~District~~ ~~Judge~~
Magistrate

[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]