FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | EDWARD RUSH, on behalf of himself and all others similarly situated, | No. C-05-3277-MHP
13 |                                         | STIPULATION AND [PROPOSED]
   | Plaintiff,                              | ORDER TO STAY DATES, EVENTS
14 | v.                                      | AND DEADLINES PENDING THE
   |                                         | OUTCOME OF THE MOTION TO
15 | INTEL CORPORATION, a Delaware           | TRANSFER AND COORDINATE OR
   | corporation,                            | CONSOLIDATE PURSUANT TO
16 |                                         | 28 U.S.C. § 1407
   | Defendant.                              |
17

18

19        WHEREAS, on August 11, 2005, Plaintiff filed the instant action in the Northern

20 District of California ("Rush Action");

21        WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel*

22 *Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23 Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24 pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Rush Action has

25 been identified as a related action subject to that motion;

26

1       WHEREAS, on or about September 29, 2005, Judge Patel issued a Related Case
2  Order relating this case to an earlier filed case assigned to her, and canceling or staying certain
3  but not all dates, events and deadlines in the action;
4       WHEREAS, to date, a decision has not been rendered on the MDL Motion;
5       WHEREAS, the outcome of the MDL Motion will impact significantly the
6  schedule of this case;
7       THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8  by and among counsel for Plaintiff Rush, and counsel for Defendant Intel Corporation, that any
9  events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including
10 the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of
11 Civil Procedure 16 and 26, and any deadlines established in any case management order
12 applicable to this case should be stayed pending the outcome of the aforementioned MDL
13 Motion; and
14      IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15 management conference is rescheduled by the Court, the parties shall adjust the dates for any
16 conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17 Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18 accordingly.
19      IT IS HEREBY STIPULATED.
20 Dated: November 1, 2005                DRUMMOND & ASSOCIATES

                                         By:     /s/ Donald F. Drummond
                                                 Donald F. Drummond
                                                 Attorneys for Plaintiff
                                                 Edward Rush

| | | |
|---|---|---|
| 1 | Dated: November 1, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____/s/ Joy K. Fuyuno_____ |
| 4 | | Joy K. Fuyuno<br>Attorneys for Defendant<br>Intel Corporation |
| 5 | | |

**[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION**

Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of Court within 10 days of the decision on the MDL Motion.

IT IS SO ORDERED.

Dated: 11/7/05

_____
Honorable Marilyn H. Patel
United States District Court Judge